

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
MARSHALL ASCHE, STEVEN B. LEVINE,
TIMOTHY S. REED, MARCIEL CUEVAS and
JACK WILLIAM DUNLAP,                              Civil Action No.
                                                  3:03 CV 416 (PCD)
                Plaintiffs,

    -against-

HARTFORD INSURANCE COMPANY
OF ILLINOIS,

                Defendant.

------------------------------------------------------------X

### MOTION TO ADMIT VISITING LAWYER

The undersigned, a member of the Bar of this Court, moves that Charles A. Stewart, III of the law firm, Stewart Occhipinti & Makow, LLP, 1350 Broadway, Suite 2200, New York, New York 10018, be permitted to represent the Plaintiffs in the above insurance coverage action regarding Officers and Directors liability insurance. In support of this motion, I submit the original affidavit of Charles A. Stewart, III.

If the motion is granted, I will serve as local counsel in accordance with local Rule 83.1(c)1. A check in the amount of $25.00 accompanies this motion as required by Local Rule 83.1(d)2.

Dated: West Hartford, Connecticut
       December 18, 2003

                                                    _____
                                                    Richard P. Weinstein
                                                    Federal Bar No. ct06215
                                                    WEINSTEIN & WISSER, P.C.
                                                    29 South Main Street, Suite 207
                                                    West Hartford, CT 06107
                                                    Telephone: (860) 561-2628
                                                    Facsimile: (860) 521-6150

## CERTIFICATION

This is to certify that on the 18th day of December, 2003, a copy of the foregoing was served upon:

W. Joe Wilson, Esq.
Tyler, Cooper & Alcorn
185 Asylum Street
CityPlace, 35th Floor
Hartford, CT 06103-3488

Alan J. Joaquin, Esq.
Drinker Biddle & Reath, LLP
1500 K Street N.W.
Suite 1100
Washington, D.C. 20005-1208

_____
RICHARD P. WEINSTEIN

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
MARSHALL ASCHE, STEVEN B. LEVINE,
TIMOTHY S. REED, MARCIEL CUEVAS and
JACK WILLIAM DUNLAP,

                Plaintiffs,

-against-

HARTFORD INSURANCE COMPANY
OF ILLINOIS,

                Defendant.
------------------------------------------------------------X

Civil Action No.
3:03 CV 416 (PCD)

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT VISITING LAWYER

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

Charles A. Stewart, III, being duly sworn, deposes and says:

1. I am a member of Stewart Occhipinti & Makow, LLP, 1350 Broadway, Suite 2200, New York, New York 10018, telephone number (212) 239-5500, and I submit this affidavit in support of my admission pro hac vice in the above captioned insurance coverage matter.

2. Since May 1988, I have been a member of the Bar of the State of New York, and am admitted to practice in the following courts of the United States: United States

District Court of the Southern District of New York and United States District Court of the Eastern District of New York.

3. I have not been denied admission or been disciplined in accordance with Rule 3 of the rules of this Court or been denied admission or disciplined by any other court.

4. The Plaintiffs have requested that my firm participate in this matter because we are experienced insurance coverage lawyers, and also because we presently represent the Plaintiffs in an action pending in the United States District Court of the Southern District of New York, *Megaler, S.A. v. Lentz, et al.*, 02 Civ. 7925, which involves facts at issue in this proceeding.

_____
Charles A. Stewart, III

Sworn to before me this
17 day of December, 2003

_____
Notary Public

FRANK S. OCCHIPINTI
Notary Public, State of New York
No. 02OC5065845
Qualified in New York County
Commission Expires Sept. 16, 20 04

2