

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

MARSHALL ASCHE, STEVEN B. LEVINE,
TIMOTHY S. REED, MARCIEL CUEVAS and
JACK WILLIAM DUNLAP,

                  Plaintiffs,

     -against-

HARTFORD INSURANCE COMPANY
OF ILLINOIS,

                  Defendant.

Civil Action No.
3:03 CV 416 (PCD)

---------------------------------------------------------------X

## MOTION TO ADMIT VISITING LAWYER

     The undersigned, a member of the Bar of this Court, moves that Charles A.

Stewart, III of the law firm, Stewart Occhipinti & Makow, LLP, 1350 Broadway, Suite

2200, New York, New York 10018, be permitted to represent the Plaintiffs in the above

insurance coverage action regarding Officers and Directors liability insurance. In support

of this motion, I submit the original affidavit of Charles A. Stewart, III.

     If the motion is granted, I will serve as local counsel in accordance with local

Rule 83.1(c)1. A check in the amount of $25.00 accompanies this motion as required by

Local Rule 83.1(d)2.

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk