## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARSHALL ASCHE, STEVEN B.      :
     LEVINE, TIMOTHY S. REED,    :
     and MARCIAL CUEVAS,        :
     Plaintiffs,                 :
                                :
         -vs-               : Civil No. 3:03cv416 (PCD)
                                :
HARTFORD INS. CO. OF ILLINOIS   :
     Defendant.                :

## SCHEDULING ORDER

Pursuant to the February 25, 2004 settlement conference with PJO Iannotti, it is hereby **ORDERED** that

    1.    Plaintiffs shall provide Defendant with legal authority and data regarding damages on or before March 10, 2004;

    2.    The parties shall report to PJO Iannotti on or before March 24, 2004 regarding whether or not another PJO conference should be scheduled;

    3.    The discovery schedule shall be as follows:

        a.    Defendant shall serve its interrogatories and requests for production on or before May 1, 2004;

        b.    Plaintiff shall serve its responses on or before June 1, 2004;

        c.    Any depositions taken in this matter shall be completed by July 1, 2004.

    4.    Any dispositive motions shall be filed on or before August 15, 2004.

All motions and memoranda shall be filed compliant with the Supplemental Order [Doc. No. 3].

    SO ORDERED.

    Dated at New Haven, Connecticut, February  25 , 2004.

                               /s/
                               Peter C. Dorsey
                            United States District Judge