# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B.     LEVINE, TIMOTHY S. REED,     and MARCIAL CUEVAS,         Plaintiffs, | :  :  :  :  : |
| -vs- | : Civil No. 3:03cv416 (PCD)  : |
| HARTFORD INS. CO. OF ILLINOIS     Defendant. | :  : |

## SCHEDULING ORDER

Pursuant to the July 29, 2004 letter of counsel, it is hereby **ORDERED** that

1. Any depositions taken in this matter shall be completed by October 1, 2004.

2. Any dispositive motions shall be filed on or before November 1, 2004, compliant with this Court's Supplemental Order.

3. The parties are to report to the Court on the status of settlement by September 15, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, August 26, 2004.

/s/
Peter C. Dorsey
United States District Judge