UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 303CV0416 PCD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SETTLEMENT/STATUS CONFERENCE MEMORANDUM

Pursuant to this Court's Order, the following is Defendant Hartford Insurance Company of Illinois's ("Hartford") report regarding whether another PJO conference should be scheduled. For the Court's convenience, we reference our August 2003 Settlement/Status Conference Memorandum which describes the factual and coverage issues involved in this litigation in more detail, our February 25, 2004 Settlement/Status Conference Memorandum, and our March 24, 2004 Settlement/Status Conference Memorandum.

At this time it does not appear necessary for the Court to schedule another PJO conference. This case continues to move toward resolution. As the Court was previously advised, the United States District Court for the Southern District of New York dismissed the *Megaler* Action on September 24, 2003, all but one of the Threatened Stockholder

DC\5147901.1

Actions failed to materialize,[1] and the outside directors have settled the Federal and State Regulatory Actions.

The parties are continuing to work toward settlement of this case in the interest of achieving resolution without incurring the expense of formal discovery. The Plaintiffs previously made a settlement proposal based on the defense costs incurred by the outside directors to date, and are continuing to provide Hartford with support for the numbers they are proposing. Accordingly, the parties request the Court extend the deadline for the parties to complete depositions and file dispositive motions by one month to enable the parties to amicably and efficiently resolve this matter without incurring unnecessary legal fees and costs. If the Court is amenable to such an extension, depositions would be scheduled to be completed by November 1, 2004 and dispositive motions would have to be filed by December 15, 2004.

Dated: September 15, 2004

Respectfully submitted,

William H. Champlin III (ct04202)
W. Joe Wilson
TYLER COOPER & ALCORN, LLP
185 Asylum Street
CityPlace/35th Floor
Hartford, CT  06103-3488
(860) 725-6200
Fax (860) 278-3802
*Attorneys for Defendant*
*Hartford Insurance Company of Illinois*

Of Counsel:
Alan J. Joaquin
Alison M. Jarandeh
DRINKER BIDDLE & REATH
1500 K Street N.W., Ste. 1100
Washington, D.C. 20005
(202) 842-8800
Fax: (202)-842-8465

---

[1] We understand that the outside directors will move to dismiss the one shareholder action that has been filed and do not anticipate substantial legal costs to arise from this action.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of September, 2004 to the following counsel of record:

Charles A. Stewart, III
Stewart Occhipinti & Makow
1350 Broadway, Suite 2200
New York, NY 10018

Richard P. Weinstein
Weinstein & Wisser, P.C.
29 S. Main St., Ste. 207
West Hartford, CT 06107

_____
William H. Champlin III