**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MARSHALL ASCHE, ET ALS

-vs-                                                    Civil No. 3:03 cv 416 (PCD)

HARTFORD INSURANCE COMPANY
OF ILLINOIS

<u>ORDER</u>

_____Defendants' request to extend deadlines in their Settlement/Status Conference Memorandum (Document #14) is hereby GRANTED-IN-PART as follows:

Discovery shall be completed by November 1, 2004. Dispositive motions shall be filed, compliant with the Court's Supplemental Order, on or before December 3, 2003.

The parties shall report on the status of settlement on or before November 1, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, September 22, 2004.

/s/_____
Peter C. Dorsey, Senior
United States District Judge