UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARSHALL ASCHE, STEVEN B. LEVINE, )
TIMOTHY S. REED, MARCIAL CUEVAS and )
JACK WILLIAM DUNLAP, )
)
                    Plaintiffs, )
)
v. )Case No. 303CV0416 PCD
)
HARTFORD INSURANCE COMPANY )
OF ILLINOIS, )
)
)
                    Defendant. )
)

FILED
2004 OCT 28 A 9: 53
U.S. DISTRICT COURT
NEW HAVEN, CT

### AGREED MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE

COMES NOW, the Defendant, Hartford Insurance Company of Illinois ("Defendant"), by counsel, and respectfully moves this Court for a continuance of the deadline for discovery in this matter, which is currently scheduled to end on November 1, 2004. In support of its Motion, Defendant states as follows:

1. The discovery cutoff in this action is currently set for November 1, 2004.

2. Defendant has now received all of the documentation supporting the defense costs incurred by the Plaintiffs in the underlying litigation against them and the parties are currently in the midst of discussions that may resolve this dispute.

DC\517747\1

3. In order to facilitate the parties' settlement of this action without incurring the expense of formal discovery, Defendant respectfully requests that this Court grant its Motion and continue the discovery deadline for thirty (30) days.

4. Defendant's counsel has consulted with Plaintiffs' counsel regarding the situation, and Plaintiffs' counsel has no objection to the extension of the discovery deadline.

5. By letter dated October 19, 2004, Defendant informed Lawrence J. Ianotti, PJO, that it would be requesting a thirty (30) day extension of the discovery deadline in this action. Mr. Ianotti subsequently conferred with counsel for Defendant and stated he was agreeable to the extension.

WHEREFORE, counsel for Defendant respectfully requests that this Court grant its Motion and continue the discovery deadline for thirty (30) days.

Respectfully submitted,

W. Joe Wilson ct22292
William H. Champlin III
TYLER COOPER & ALCORN, LLP
185 Aslyum Street
CityPlace/35th Floor
Hartford, CT 06103-3488
(860) 735-6200
Fax (860) 278-3802

*Attorneys for Defendant*
*Hartford Insurance Company of*
*Illinois*

Of Counsel:    Alan J. Joaquin
               Alison M. Jarandeh
               DRINKER BIDDLE & REATH
               1500 K Street N.W.
               Suite 1100
               Washington, D.C. 20005
               (202) 842-8800
               Fax (202) 842-8465

DC\517747\1                    - 3 -

**CERTIFICATE OF SERVICE**

I, W. Joe Wilson, an attorney for Defendant, Hartford Insurance Company of Illinois, hereby certify that I caused a copy of the foregoing **AGREED MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE** to be served upon:

>Charles A. Stewart, III      Alan J. Joaquin
>Stewart Occhipinti LLP       Drinker Biddle & Reath, LLP
>1350 Broadway, Ste. 2200     1500 K Street, N.W., Ste. 1100
>New York, NY  10018          Washington, D.C. 20005

via facsimile and U.S. mail on October 27th, 2004.

_____
W. Joe Wilson