**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

MARSHALL ASCHE, ET ALS

-vs-                                                                 Civil No. 3:03 cv 416 (PCD)

HARTFORD INSURANCE COMPANY
OF ILLINOIS

ORDER ON MOTION FOR CONTINUANCE OF DISCOVERY DEADLINES

     Defendant's motion (Document #16) is hereby DENIED. Three extensions (not noted in the motion) have already been granted in this case. Settlement does not require the time requested at the moment the time expires.

SO ORDERED.

Dated at New Haven, Connecticut, November 4, 2004.

/s/ _____
            Peter C. Dorsey, Senior
            United States District Judge