UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| MARSHALL ASCHE, ET AL., | : | CIVIL ACTION NO. |
| | : | 3:03 CV 00416 (PCD) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| HARTFORD INSURANCE COMPANY | : | DECEMBER 10, 2004 |
| OF ILLINOIS | : | |
| | : | |
| Defendant | : | |

**DEFENDANT HARTFORD'S MOTION TO EXTEND DEADLINE TO
COMPLETE BRIEFING FOR DISPOSITIVE MOTIONS WITH CONSENT**

The Defendant, Hartford Insurance Company of Illinois ("Defendant"), respectfully moves this Court for an extension of the deadline to complete all briefing on the Dispositive Motions until January 31, 2005. The plaintiffs, Marshall Asche, et al. consent to this requested extension. In support of its Motion, Defendant states as follows :

1. On September 22, 2004, this Court entered an amended scheduling Order requiring that Discovery be completed by November 1, 2004 and Dispositive Motions, compliant with the Court's Supplemental Scheduling Order, be filed on or before December 3, 2004. The Order also required that a Status Report be made by November 1, 2004.

2. On October 19, 2004, the parties reported to PJO Ianotti that Discovery was substantially complete, that settlement discussions were ongoing and that an additional thirty days to complete Discovery would be requested.

3. On October 27, 2004, the Defendant filed its Agreed Motion For

Continuation of Discovery requesting a thirty day extension and representing PJO Ianotti's agreement thereto.

4. On November 4, this Court denied Defendant's Motion For Continuance of Discovery Deadlines on the basis that settlement did not require the time requested at the moment the time expired.

5. Settlement discussions did not result in a settlement; therefore, Defendant prepared a Motion for Summary Judgment, a Memorandum of Law in support, and a Local Rule 56(a)(1) Statement and served these on the plaintiffs' counsel on December 3, 2004.

6. In the expectation that plaintiffs would be filing a corresponding motion, counsel for the Defendant filed the pleadings with the Court along with the three certifications relating to the three pleadings on December 3, 2004 pursuant to item 7(a) of the Court's Supplemental Order. Copies of the Certifications are attached as Exhibit A hereto.

7. On December 9, 2004, counsel for the Defendant received the pleadings with certifications back from the Clerk with the notation that the filing was not in compliance with the Supplemental Order. An immediate call to the Clerk's office was made and counsel was advised that the full package including plaintiffs' opposition and Defendant's subsequent reply memoranda should have been included.

8. In light of the twenty-one day period in which the plaintiffs may prepare opposition papers, the twenty-one day period in which Defendant may prepare a subsequent reply and the three days for service by mailing of each pleading between the

parties, it would have been impossible for the parties to prepare their responses and reply briefs within thirty-two days of the Discovery cutoff date of November 1, 2004. Therefore, Defendant understood the deadline for Dispositive Motions to mean filing and serving the original pleadings by that date in compliance with item 7(a) of the Court's Supplemental Order.

9. In light of its good faith efforts to comply with the Scheduling Order and to allow for an orderly process with respect to the preparation of plaintiffs' opposition and Defendant's reply memoranda, Defendant respectfully requests that the briefing schedule be extended to January 31, 2005.

For the reasons aforesaid, the Defendant respectfully requests that the Court extend the briefing schedule for Dispositive Motions to January 31, 2005.

Respectfully submitted,

By _____
W. Joe Wilson (ct22292)
jwilson@tylercooper.com
William H. Champlin III (ct04202)
champlin@tylercooper.com
Tyler, Cooper & Alcorn
185 Asylum Street
CityPlace, 35th Floor
Telephone No. (860) 725-6200
Attorneys for Defendant Hartford Insurance Company of Illinois

## CERTIFICATION

This is to certify that on the 10th day of December, 2004, a copy of the foregoing was served upon:

Richard P. Weinstein, Esq.
Weinstein & Wisser P.C.
29 South Main Street
West Hartford, CT 06107

Charles A. Stewart, III, Esq.
STEWART OCCHIPINTI LLP
1350 Broadway, Suite 2200
New York, NY 10018

_____
W. Joe Wilson

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>            Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>            Defendant. | Case No. 303CV0416 PCD<br><br>**CERTIFICATE OF SERVICE** |

      W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December 7, 2004, I served the attached Local Rule 56(a)(1) Statement upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

                                Charles A. Stewart, III
                                Stewart Occhipinti LLP
                                1350 Broadway, Ste. 2200
                                New York, NY  10018

                                Richard P. Weinstein
                                Weinstein & Wisser P.C.
                                29 South Main Street, Suite 207
                                West Hartford, CT 06107

Dated: December 7, 2004

                                                                                W. Joe Wilson

13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | Case No. 303CV0416 PCD <br><br> **CERTIFICATE OF SERVICE** |

W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December 3, 2004, I served the attached Memorandum of Law Supporting Motion for Summary Judgment upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

> Charles A. Stewart, III
> Stewart Occhipinti LLP
> 1350 Broadway, Ste. 2200
> New York, NY  10018
>
> Richard P. Weinstein
> Weinstein & Wisser P.C.
> 29 South Main Street, Suite 207
> West Hartford, CT 06107

Dated: December 3, 2004

_____
W. Joe Wilson

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | Case No. 303CV0416 PCD <br><br> **CERTIFICATE OF SERVICE** |

W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December 3, 2004, I served the attached Motion for Summary Judgment upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

> Charles A. Stewart, III
> Stewart Occhipinti LLP
> 1350 Broadway, Ste. 2200
> New York, NY 10018
>
> Richard P. Weinstein
> Weinstein & Wisser P.C.
> 29 South Main Street, Suite 207
> West Hartford, CT 06107

Dated: December 3, 2004

_____
W. Joe Wilson

- 3 -