UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | Case No. 303CV0416 PCD <br><br> **CERTIFICATE OF SERVICE** |

W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December __, 2004, I served the attached Local Rule 56(a)(1) Statement upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

Charles A. Stewart, III
Stewart Occhipinti LLP
1350 Broadway, Ste. 2200
New York, NY  10018

Richard P. Weinstein
Weinstein & Wisser P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Dated: December __, 2004

_W. Joe Wilson_
W. Joe Wilson

13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | Case No. 303CV0416 PCD <br><br> **CERTIFICATE OF SERVICE** |

W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December 3, 2004, I served the attached Memorandum of Law Supporting Motion for Summary Judgment upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

Charles A. Stewart, III
Stewart Occhipinti LLP
1350 Broadway, Ste. 2200
New York, NY 10018

Richard P. Weinstein
Weinstein & Wisser P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Dated: December 3, 2004

_____
W. Joe Wilson

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>Defendant. | Case No. 303CV0416 PCD<br><br>**CERTIFICATE OF SERVICE** |

    W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December 3, 2004, I served the attached Motion for Summary Judgment upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

    Charles A. Stewart, III
    Stewart Occhipinti LLP
    1350 Broadway, Ste. 2200
    New York, NY 10018

    Richard P. Weinstein
    Weinstein & Wisser P.C.
    29 South Main Street, Suite 207
    West Hartford, CT 06107

Dated: December 3, 2004

                                                                  W. Joe Wilson