UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>  Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>  Defendant. | Case No. 303CV0416 PCD |

**DEFENDANT HARTFORD'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, Hartford Insurance Company of Illinois ("Hartford"), by and through its counsel, respectfully moves for summary judgment in its favor based on the clear and unambiguous provisions of the insurance policy at issue in this litigation. Pursuant to those provisions, Hartford has no liability to the Plaintiffs because (1) the claims for which coverage is sought were not first made during the policy period; (2) those claims and potential claims may not be deemed first made during the policy period; and (3) the policy's regulatory exclusion precludes coverage.

In this litigation, Plaintiffs, former directors and officers of Connecticut Bank of Commerce ("CBC"), allege that Hartford breached the terms of an insurance policy it issued to CBC and seek a declaration that the policy covers certain claims that have been, "or may be," asserted against Plaintiffs by third parties. The insurance policy at issue is a "claims-made" policy, providing coverage only for Claims that are or may be deemed first made between 12:01

Oral Argument Requested

a.m. on July 1, 2001 and 12:01 a.m. on July 1, 2002. Plaintiffs seek coverage for claims that were actually made in October 2002 and November 2002. Plaintiffs also seek a declaration of coverage for "future claims," including a "Threatened Shareholder Action" that have not yet been made. Plaintiffs' arguments cannot be supported either by the express terms of the contract or by Connecticut law interpreting those terms.

The grounds for Hartford's Motion are set forth more fully in the annexed Memorandum of Law, which is incorporated by reference herein.

WHEREFORE, for the foregoing reasons and for those set forth in the accompanying Memorandum of Law, Defendant Hartford Insurance Company of Illinois respectfully asks the Court to grant its Motion for Summary Judgment.

Dated:  December 3, 2004

Respectfully submitted,

/s/ W. Joe Wilson
W. Joe Wilson (ct22292)
jwilson@tylercooper.com
William H. Champlin III (ct04202)
champlin@tylercooper.com
TYLER COOPER & ALCORN, LLP
185 Aslyum Street
CityPlace/35th Floor
Hartford, CT  06103-3488
(860) 725-6200
Fax (860) 278-3802
*Attorneys for Defendant*
*Hartford Insurance Company of Illinois*

Of Counsel:   Alan J. Joaquin
Alison M. Jarandeh
DRINKER BIDDLE & REATH
1500 K Street N.W.
Suite 1100
Washington, D.C. 20005
(202) 842-8800
Fax (202) 842-8465

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | Case No. 303CV0416 PCD <br><br> **CERTIFICATE OF SERVICE** |

     W. Joe Wilson, an attorney admitted to practice in the United States District Court for the District of Connecticut certifies, pursuant to 28 U.S.C. §1746, under penalty of perjury, that on December 3, 2004, I served the attached Motion for Summary Judgment upon all counsel of record in this action by depositing true copies of the same, each enclosed in a pre-paid envelope, in a depository maintained by the United States Postal Service in the City and State of Connecticut, addressed to the following at the address provided by each for that purpose, to wit:

          Charles A. Stewart, III
          Stewart Occhipinti LLP
          1350 Broadway, Ste. 2200
          New York, NY 10018

          Richard P. Weinstein
          Weinstein & Wisser P.C.
          29 South Main Street, Suite 207
          West Hartford, CT 06107

Dated: December 3, 2004

                                                                 */s/ W. Joe Wilson*
                                                                  W. Joe Wilson