UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARSHALL ASCHE, STEVEN B. LEVINE, )
TIMOTHY S. REED, MARCIAL CUEVAS and )
JACK WILLIAM DUNLAP, )
)
               Plaintiffs, )
)
v. )   Case No. 303CV0416 PCD
)
HARTFORD INSURANCE COMPANY )
OF ILLINOIS, )
)
               Defendant. )

FILED
2005 JAN 31  P 4: 05
U.S. DISTRICT COURT
NEW HAVEN, CT

## PLAINTIFF'S NOTICE OF MANUAL FILING

Plaintiffs Marshall Asche, Steven B. Levine, Timothy S. Reed, Marcial Cuevas and Jack William Dunlap (collectively, the "Outside Directors" or "Plaintiffs"), hereby give notice that Exhibits A through G of its Cross motion to Compel and For a Continuance are being filed manually with the Clerk's Office, because their overall length makes them impractical to scan or upload. Copies of these Exhibits will be served manually as well to all counsel of record.

Dated January 31, 2005

By: /s/ Charles A. Stewart, III (w/pn)
Charles A. Stewart, III
CT 17452
cstewart@somlaw.com
STEWART OCCIPINTI, LLP
1350 Broadway, Suite 2200
New York, NY 10018
(212) 239-5500