UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARSHALL ASCHE, STEVEN B. LEVINE, )
TIMOTHY S. REED, MARCIAL CUEVAS and )
JACK WILLIAM DUNLAP, )
                        Plaintiffs, )
    v. )    Case No. 303CV0416 PCD
HARTFORD INSURANCE COMPANY )
OF ILLINOIS, )
                        Defendant. )

**MOTION TO ADMIT ALAN J. JOAQUIN *PRO HAC VICE* AS
COUNSEL FOR HARTFORD INSURANCE COMPANY OF ILLINOIS IN THIS CASE**

W. Joe Wilson, a member in good standing of the bar of this Court, pursuant to Rule 83.1(d)1 of the Local Civil Rules of the United States District Court for the District of Connecticut, hereby moves that Attorney Alan J. Joaquin be admitted *pro hac vice* as counsel for Hartford Insurance Company of Illinois, an Illinois corporation, which is a party in this case.

Mr. Joaquin, a partner of Drinker Biddle & Reath LLP, has an office at 1500 K Street, N.W., Suite 1100, Washington, D.C. 20005. As set forth in his affidavit attached as Exhibit A to this Motion, Mr. Joaquin is a member of the bars of the State of New York, the State of Massachusetts, and the District of Columbia and is admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, and the District of Columbia. Mr. Joaquin has not been denied admission or disciplined by this Court or any other Court.

DC\520254\1

Mr. Wilson, the member of the Bar who brings this Motion, has agreed pursuant to Local Civil Rule 83.1(c)2 that he may be specified on the record as the member of the bar of this Court having an office within the District of Connecticut upon whom services of all papers in proceedings involving Hartford Insurance Company of Illinois may be made.

Mr. Wilson further requests that if the foregoing Motion is granted, he may be excused from attendance in court with respect to matters being handled on behalf of Hartford Insurance Company of Illinois by Mr. Joaquin.

Respectfully submitted,

_____
W. Joe Wilson, ct22292
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
Hartford, CT  06103-3488
(860) 725-6200
jwilson@tylercooper.com
Its Attorneys

Dated: February 11, 2005

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>        Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>        Defendant. | Case No. 303CV0416 PCD |

### AFFIDAVIT OF ALAN J. JOAQUIN

The Undersigned, Alan J. Joaquin, hereby certifies as follows:

1. I am a member in good standing of the bars of the State of New York, the State of Massachusetts, and the District of Columbia, and I am admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, and the District of Columbia.

2. I have not been denied admission or disciplined by this Court or any other Court.

3. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

                                                          _____
                                                          Alan J. Joaquin
                                                          Drinker Biddle & Reath LLP
                                                          1500 K Street, N.W., Suite 1100
                                                          Washington, DC  20005
                                                          Phone: (202) 842-8800
                                                          Fax:   (202) 842-8465
                                                          alan.joaquin@dbr.com

Dated:  February 10, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>Defendant. | Case No. 303CV0416 PCD |

**ORDER TO ADMIT ALAN J. JOAQUIN *PRO HAC VICE* AS COUNSEL FOR HARTFORD INSURANCE COMPANY OF ILLINOIS IN THIS CASE**

Upon the Motion of W. Joe Wilson to admit Alan J. Joaquin *pro hac vice* as counsel for Hartford Insurance Company of Illinois in this case, and after due consideration, it is hereby ORDERED that Alan J. Joaquin is admitted *pro hac vice* as counsel for Hartford Insurance Company of Illinois in this case, that Mr. Wilson may be specified on the record as the member of the bar of this Court having an office in the District of Connecticut upon whom service of all papers and proceedings involving Hartford Insurance Company of Illinois may be made, and that Mr. Wilson is excused from attendance in court with respect to such matters.

Dated this ___ day of _____, 2005.

_____
The Honorable Peter C. Dorsey
District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL ASCHE, STEVEN B. LEVINE, TIMOTHY S. REED, MARCIAL CUEVAS and JACK WILLIAM DUNLAP,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　　　　Defendant. | Case No. 303CV0416 PCD |

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion to Admit Alan J. Joaquin *Pro Hac Vice* as counsel for Hartford Insurance Company of Illinois, Affidavit of Alan J. Joaquin and an Order pertaining thereto, have been mailed, via first-class mail, postage prepaid, on this 11th day of February, 2005, as follows:

>Charles A. Stewart, III
>Stewart Occhipinti LLP
>1350 Broadway, Ste. 2200
>New York, NY 10018
>
>Richard P. Weinstein
>Weinstein & Wisser P.C.
>29 South Main Street, Suite 207
>West Hartford, CT 06107
>
>Attorneys for Marshall Ache, Stephen B. Levine, Timothy S. Reed, Marcial Cuevas and Jack William Dunlap

_W. Joe Wilson_ (signature)

W. Joe Wilson, ct22292
Tyler Cooper & Alcorn, LLP
City Place, 35th Floor
Hartford, CT 06103-3488
(860) 725-6200
jwilson@tylercooper.com
Its Attorneys