## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

MARSHALL ASCHE, STEVEN B. LEVINE,
TIMOTHY S. REED, MARCIAL CUEVAS
AND JACK WILLIAM DUNLAP

    v.                              Civil No.  3:03 cv 416 (PCD)

HARTFORD INSURANCE COMPANY
OF ILLINOIS

## **JUDGMENT**

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 28, 2006, entered a Ruling on Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 29th day of September, 2006.

                                                KEVIN F. ROWE, CLERK
                                                By

                                                /s/

                                                Patricia A. Villano
                                                Deputy Clerk

EOD: _____