MANDATE

CTDC/NHCT
03-CV-416
DORSEY

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-------------------------------------------------X

MARSHALL ASCHE, STEVEN B. LEVINE,
TIMOTHY S. REED, MARCIAL CUEVAS and
JACK WILLIAM DUNLAP,

            Plaintiffs-Appellants,

      -against-

HARTFORD INSURANCE COMPANY
OF ILLINOIS,

          Defendant-Respondent.

-------------------------------------------------X

Dkt. No. 06-4982-cv

UNITED STATES COURT OF APPEALS
FILED
MAR 12 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVIATE

The undersigned counsel for the parties hereby stipulate that the above captioned

appeal is hereby withdrawn without costs, without attorneys' fees, and **without**

**prejudice**, subject to reactivation of the appeal by appellants' counsel by written notice

to the Clerk of this Court within thirty (30) days hereof, i.e., by April 7, 2007. If thus not

reactivated, the appeal shall be deemed withdrawn with prejudice. Withdrawal of the

appeal from active consideration shall not operate as a dismissal of the appeal under

F.R.A.P. 42(b). A facsimile signature shall be deemed an original for the purpose of

filing this stipulation with the Court.

Dated: March 8, 2007

**STEWART OCCHIPINTI, LLP**

By: _____
    Charles A. Stewart, III (CS7099)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

*Attorneys for Plaintiffs-Appellants*

**DRINKER BIDDLE & REATH, LLP**

By: _____
    Alan J. Joaquin
1500 K. Street N.W., Suite 1100
Washington, D.C. 20005-1208
(202) 842-8800

*Attorneys for Defendant-Respondent*

SO ORDERED

FOR THE COURT
Thomas Asreen, Acting Clerk
By
    Stanley A. Bass
Stanley A. Bass, Staff Counsel

March 9, 2007

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by _____
    DEPUTY CLERK

CERTIFIED:
4-17-07